# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MICHAEL SCOTT,**

    **Plaintiff,**

v.                                                                                Case No. 06-C-384

**MARQUETTE UNIVERSITY DEPARTMENT
OF PUBLIC SAFETY,**

    **Defendant.**

## ORDER

On April 5, 2006, I ordered that plaintiff Michael Scott pay an initial partial filing fee of $1.85, pursuant to 28 U.S.C. § 1915(b)(1). On April 21, 2006, I granted plaintiff an additional forty-five days in which to pay the initial partial filing fee, but also noted that plaintiff could renew his request in the event that he was still without sufficient funds to pay. On June 14, 2006, plaintiff renewed his request. Section 1915(b)(4) provides that "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee."

Therefore,

**IT IS ORDERED** that plaintiff be permitted to proceed without payment of the initial partial filing fee.

Dated at Milwaukee, Wisconsin, this 6 day of July, 2006.

                                                 /s_____
                                                 LYNN ADELMAN
                                                 District Judge